# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2009

138217 & (22)(23)

DETROIT MEDICAL CENTER,
      Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138217
COA: 288353
Wayne CC: 08-102599-NF

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2009

0421

_____
Clerk